IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ANN GATTI,
    Plaintiff,

V.

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, P.A.,
    Defendant.

CIVIL ACTION NO.
12-30024-MAP

DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA'S
MOTION TO DISMISS, PURSUANT TO FED.R.CIV.P. 12(b)(6)

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National") hereby moves for an order dismissing the Complaint of plaintiff Ann Gatti (the "Plaintiff"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for Plaintiff's failure to state a claim upon which relief can be granted. As grounds therefor, National states that the Plaintiff's Complaint alleges claims for breach of contract and violation of Massachusetts General Laws chapters 93A and 176D arising from National's denial of the Plaintiff's claim for accidental death benefits under a Group Accident Insurance policy. The Group Accident Insurance policy at issue, however, constitutes an employee benefit plan under the Employee Retirement Income Security Act of 1974 ("ERISA"). As such, the Plaintiff's state law claims for breach of contract and violation of Massachusetts General Laws chapters 93A and 176D are preempted, because they seek to recover on the basis of actions allegedly taken by National in administering and denying the plaintiff's claim for benefits under an ERISA-governed plan.

*[Handwritten order:]* Allowed, without opposition. The clerk will enter a judgment of dismissal. This case may now be closed. So ordered.

Michael A. Ponsor USDJ 2·28·12