# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN GATTI,   )<br>   Plaintiff(s)   )<br>                   )<br>       v.          )<br>                   )<br>NATIONAL UNION FIRE INSURANCE   )<br>COMPANY OF PITTSBURGH, P.A.,   )<br>   Defendant(s)   ) | CIVIL ACTION NO. 3:12-cv-30024 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing the plaintiff's complaint.

 

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: February 28, 2012          By /s/ *Maurice G. Lindsay*
                                          Maurice G. Lindsay
                                          Deputy Clerk

(Civil Judgment of Dismissal-3.wpd - 11/98)
      [jgm.]